

# NUMBER 13-22-00236-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE KIRBY OFFSHORE MARINE OPERATING, LLC

## On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Order Per Curiam**

On May 24, 2022, relator Kirby Offshore Marine Operating, LLC filed a petition for writ of mandamus asserting that the trial court abused its discretion by ordering a new trial without stating specific reasons for the new trial, and relator lacks an adequate remedy by appeal to address this abuse of discretion.

The Court requests that the real party in interest, Southern Recycling, LLC, or any others whose interest would be directly affected by the relief sought, file a response to

the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
24th day of May, 2022.

2